SEAVIEW GARAGES, INC., Respondent, v. CLARA H. VITALE, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ADELINE SMITH, Respondent, v. PEERLESS GLASS CO., INC., and MINCK BROS. & CO., INC., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ADELINE SMITH, Respondent, v. PEERLESS GLASS CO., INC., and MINCK BROS. & CO., INC., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

WILLIAM H. SMITH, Respondent, v. PEERLESS GLASS CO., INC., and MINCK BROS. & CO., INC., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

WILLIAM H. SMITH, Respondent, v. PEERLESS GLASS CO., INC., and MINCK BROS. & CO., INC., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

NATHAN SPECTOR, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent thirty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

CHAUNCEY DEPEW STEELE, Respondent, v. CHARLES W. LOWA, Appellant.— Motion to dismiss appeals granted by default, with ten dollars costs, and appeals dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

TAPPAN AND NYACK BUS, INC., Appellant, v. PUBLIC SERVICE CO-ORDINATED TRANSPORT and Another, Respondents.— Motion for extension of time granted and the time to make and serve a case extended to a period of thirty days after the decision of the Court of Appeals on the appeal from the Appellate Division of the Third Department. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

GRACE TROTTA, Respondent, v. DOMINICK A. TROTTA, Appellant.— Motion to dismiss appeal denied upon the ground that the alleged delay in serving the notice of appeal has been waived. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ANTONINA VALENTI, as Administratrix, etc., of DOMINICK VALENTI, Deceased, in Place of DOMINICK VALENTI, Respondent, v. MUNSON STEAMSHIP LINE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.